**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DENARD PETERSON

      Plaintiff,

v.                                                             Case No. 11-15154
                                                               Hon. Lawrence P. Zatkoff
ERIC HALL,

      Defendant.

_____/

**OPINION AND ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 27], in which the Magistrate Judge recommends that the Court grant Defendant's Second Motion for Summary Judgment [dkt 25] and dismiss Plaintiff's Complaint with prejudice. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Second Motion for Summary Judgment [dkt 25] is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                       S/Lawrence P. Zatkoff

Date:  November 15, 2013                   U.S. District Judge